THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **PENNY REALTY INC., ET AL.** | * | **CIVIL ACTION NO. 08-0473** |
| **VERSUS** | * | **JUDGE JAMES** |
| **SOUTHWEST CAPITAL SERVICES, INC., ET AL.** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT OF REMAND

In accordance with the memorandum ruling of the same date,

IT IS ORDERED that the above-captioned cause be, and it is hereby remanded to the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment and forward the same to the Clerk of the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana.

This judgment shall be **STAYED** for fifteen (15) days. If an appeal is taken to the District Judge, the Order shall remain stayed until the appeal is decided. If, after fifteen (15) days, no appeal has been filed, the Clerk shall remand this action forthwith.

THUS DONE AND SIGNED at Monroe, Louisiana, this 23rd day of May, 2008.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE